JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 868 -- In re Anadarko Oil & Gas Partners 1983, Ltd., Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/10/18 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-4), DECLARATION OF KEVIN B. CLARK WITH EXHIBITS A - J AND CERT. OF SVC. -- Filed by Defts. E.F. Hutton & Company, Inc.; Shearson Lehman Hutton Inc.; Anadarko Land & Exploration Company, Inc. and Anadarko Oil & Gas Partners 1983, Ltd. -- SUGGESTED TRANSFEREE DISTRICT: MIDDLE DISTRICT OF FLORIDA -- SUGGESTED TRANSFEREE JUDGE: ? -- (received 10/17/90) (rh) |
| 90/10/29 | | APPEARANCES -- MARTIN T. FLETCHER, SR., ESQ. for Dudley L. Simms, III, et al.; STEPHEN P. YOUNGER, ESQ. for Carl N. Boon, et al. and John M. Saba, Jr., et al.; DANIEL M. SROKA, ESQ. for Nowell's Leasing; KEVIN B. CLARK, ESQ. for E.F. Hutton & Company, Inc. and Sherson Lehman Hutton, Inc.; WILLIAM G. IMIG, ESQ. for Anadarko Land & Exploration Company, Inc. and Anadarko Oil & Gas Partners 1983, Ltd. (rh) |
| 90/10/29 | 2 | NOTICE OF POTENTIAL TAG-ALONG ACTION -- Filed by Nowell's Leasing -- Glover v. E.F. Hutton & Co., Inc., et al., E.D. North Carolina -- svc. all parties (rh) |
| 90/11/07 | 3 | RESPONSE/MEMORANDUM -- (to pldg. #1) Plaintiffs in the SABA and BOON actions -- w/Exhibits 1-5 and cert of svc. (sg) |
| 90/11/07 | 4 | RESPONSE/MEMORANDUM -- (to pldg. #1) Plaintiffs in the SIMMS action -- w/Exhibits 1-5 and cert of svc. (sg) |
| 90/11/13 | 5 | RESPONSE (to pldg. #1) -- pltf. Nowell's Leasing -- w/cert. of service (cdm) |
| 90/11/13 | 6 | INTERESTED PARTY RESPONSE -- filed by pltf. in Dr. James B. Glover v. E.F. Hutton & Co., Inc., et al., E.D. N.C., C.A. No. 90-629-Civ-5-BR -- w/cert. of service (cdm) |
| 90/11/16 | 7 | REPLY/BRIEF -- (to pldg. #1) E.F. Hutton & Company Inc. ("Hutton"), Shearson Lehman Hutton Inc. ("Shearson"), Anadarko Land & Exploration Company, Inc. ("Anadarko"), and Anadarko Oil & Gas Partners 1983, Ltd. -- w/cert of svc. (sg) |
| 90/12/10 | | HEARING ORDER -- Setting motion for transfer for Panel Hearing on January 25, 1991 in Houston, Texas (rh) |
| 90/12/17 | 8 | NOTICE OF RELATED ACTION -- filed by pltfs. John M. Saba, Jr., et al. and Carl N. Boon, et al. (re: Glover v. E.F. Hutton Co., Inc., E.D. N.C., C.A. No. 90-629-CIV-5-BR (ds) |

JPML FORM 1A 

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 868 -- 

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/12/21 | | FIRST AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON DECEMBER 10, 1990 -- to include action A-5 for Panel Hearing on January 25, 1991 in Houston, Texas -- Notified involved counsel, judge and clerk (rh) |
| 91/01/25 | | HEARING APPEARANCES -- WILLIAM G. IMIG, ESQ. for Anadarko Land & Exploration Co., Inc. and Anadarko Oil & Gas Partners 1983, Ltd.; FRANCIS J. MENTON, JR., ESQ. for E.F. Hutton & Co., Inc. and Shearson Lehman Hutton, Inc.; STEPHEN P. YOUNGER, ESQ. for John M. Saba, Jr., et al. and Carl N. Boon, et al.; MARTIN T. FLETCHER, SR., ESQ. for Dudley L. Simms, III and John L. Sims  (ds) |
| 91/01/25 | | WAIVER OF ORAL ARGUMENT -- Dr. James B. Glover and Nowell's Leasing (ds) |
| 91/02/11 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Middle District of North Carolina to the Hon. N. Carlton Tilley, Jr. for pretrial proceedings (rh) |
| 91/02/11 | | TRANSFER ORDER -- Transferring A-1; A-2; A-4 and A-5 to the Middle District of North Carolina pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel, Panel judges and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 868 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Anadarko Oil & Gas Partners 1983, Ltd., Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| January 25, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 11, 1991 | TO | Unpublished | M.D. North Carolina | Hon. N. Carlton Tilley, Jr. | |

Special Transferee Information

DATE CLOSED: Sept 12, 1992

JPML FORM 1  
LISTING OF INVOLVED ACTIONS

M.D. North Carolina  
Hon. N. Carlton Tilley

DOCKET NO. 868 -- In re Anadarko Oil & Gas Partners 1983, Ltd., Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Dudley L. Simms, III, et al. v. E.F. Hutton & Company, Inc., et al. | Colo. Sparr | 89-S-0473 | 2-11-91 | 4:91CV72 | 9-12-92 D | |
| A-2 | Nowell's Leasing v. E.F. Hutton & Company, Inc., et al. | N.C.,E. Britt | 90-423-CIV-5-BR | 2-11-91 | 4:91CV73 | 9-12-92 D | |
| A-3 | Carl N. Boon, et al. v. E.F. Hutton & Company, Inc. | N.C.,M. Tilley | 4:90 CV 00441 | | | 9-12-92 D | |
| A-4 | John M. Saba, Jr., et al. v. E.F. Hutton & Company, Inc., et al. | Fla.,M. Castagna | 87-812-CIV-T-13(A) | 2-11-91 | 4:91CV75 | 9/12/92 D | |
| A-5 | Dr. James B. Glover v. E.F. Hutton & Co., Inc., et al. | N.C.,E. Britt | 90-629-CIV-5-BR | 2-11-91 | 4:91CV74 | 9-12-92 D | Amended per Pldg. #7 Reply Brief |

June 1991 - 4 TR/1 × 1/2/5 Pending  
July 1992 - Same

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 868 -- In re Anadarko Oil & Gas Partners 1983, Ltd., Securities Litigation

| | |
|---|---|
| DUDLEY L. SIMMS, III, ET AL. (A-1)<br>Martin T. Fletcher, Sr., Esq.<br>Rothberg, Gallmeyer, Fruechtenicht<br>  & Logan<br>P.O. Box 11647<br>Fort Wayne, IN  46849-1647<br><br>DR. JAMES B. GLOVER (A-5)<br>NOWELL'S LEASING (A-2)<br>Daniel M. Sroka, Esq.<br>Brooks, Pierce, McLendon, Humphrey<br>  & Leonard<br>P.O. Drawer U<br>Greensboro, NC  27402<br><br>CARL N. BOON, ET AL. (A-3)<br>JOHN M. SABA, JR., ET AL. (A-4)<br>Stephen P. Younger, Esq.<br>Patterson, Belknap, Webb & Tyler<br>30 Rockefeller Plaza<br>New York, NY  10112 | E.F. HUTTON & COMPANY, INC.<br>SHEARSON LEHMAN HUTTON, INC.<br>Kevin B. Clark, Esq.<br>Willkie, Farr & Gallagher<br>Three Lafayette Centre<br>1155 21st ST, NW<br>Washington, DC  20036<br><br>ANADARKO LAND & EXPLORATION COMPANY, INC.<br>ANADARKO OIL & GAS PARTNERS 1983, LTD.<br>William G. Imig, Esq.<br>Ireland, Stapleton, Pryor<br>  & Pascoe, P.C.<br>1675 Broadway<br>Suite 2600<br>Denver, CO  80202 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 868 -- In re Anadarko Oil & Gas Partners 1983, Ltd., Securities Litigatiob

| Name of Party | Named as Party in Following Actions |
|---|---|
| E.F. Hutton & Company, Inc. | A-1, A-2, A-3, A-4 A-5 |
| Shearson Lehman Hutton, Inc. | A-1, A-2, A-5 |
| Anadarko Land & Exploration Co., Inc. | A-2, A-4 A-5 |
| Anadarko Oil and Gas Partners 1983, Ltd. | A-2, A-4 A-5 |
| | |
| | |
| | |
| | |
| | |
| | |